*United Airlines, Inc., Petitioner, v. Dep't of Revenue et al., Respondents*, No. 93356-1. Petition for review of a decision of the Court of Appeals, No. 73606-0-I, June 6, 2016, 194 Wn. App. 384. *Denied* November 2, 2016.

*State, Petitioner, v. Mylan, Respondent*, No. 93357-0. Petition for review of a decision of the Court of Appeals, No. 47253-8-II, March 15, 2016, 192 Wn. App. 1077. *Denied* November 2, 2016.

*Van Nhu Huynh, Petitioner, v. Leung Hing Li, Respondent*, No. 93364-2. Petition for review of a decision of the Court of Appeals, No. 73457-1-I, April 25, 2016, 193 Wn. App. 1035. *Denied* November 2, 2016.

*Kozol, Petitioner, v. Dep't of Corr., Respondent*, No. 93365-1. Petition for review of a decision of the Court of Appeals, Nos. 32596-2-III and 32643-8-III, April 12, 2016, 193 Wn. App. 1020. *Denied* November 2, 2016.

*Zuriel, Inc., et al., Respondents, v. Galbreath et al., Petitioners*, No. 93366-9. Petition for review of a decision of the Court of Appeals, No. 32935-6-III, May 5, 2016, 193 Wn. App. 1047. *Denied* November 2, 2016.

*State, Respondent, v. Russell, Petitioner*, No. 93368-5. Petition for review of a decision of the Court of Appeals, No. 75033-0-I, June 13, 2016, 194 Wn. App. 1030. *Denied* November 2, 2016.

*State, Respondent, v. Lito, Petitioner*, No. 93370-7. Petition for review of a decision of the Court of Appeals, No. 33021-4-III, June 2, 2016, 194 Wn. App. 1018. *Denied* November 2, 2016.

*State, Respondent, v. Tolbert, Petitioner*, No. 93371-5. Petition for review of a decision of the Court of Appeals, No. 75035-6-I, June 13, 2016, 194 Wn. App. 1030. *Denied* November 2, 2016.